Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 59822.**—W. A. Gleeson *v.* United States, protest 170926–K (St. Albans).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 59823.**—Norman G. Jensen, Inc., et al. *v.* United States, protests 171362–K, etc. (Pembina).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.

**No. 59824.**—Frank P. Dow, Inc., et al. *v.* United States, protests 174504–K, etc. (San Francisco).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.

**No. 59825.**—Gebhardt Chili Powder Co. *v.* United States, protests 227067–K, etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

No. 59826.—International Packers Commercial Division of International Packers, Ltd. *v.* United States, protests 251192–K, 256308–K, and 260938–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

No. 59827.—The A. W. Fenton Co., Inc. *v.* United States, protests 258872–K, etc. (Cleveland).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

No. 59828.—Close & Stewart *v.* United States, protest 177329–K (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of veal similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

No. 59829.—Clarence S. Holmes *v.* United States, protest 224980-K (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of veal similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.